**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JOSEPH A. GAINES, *et al*.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

**Civil Action No. 05-2326 (ESH)**

**ORDER**

Plaintiffs have filed a *pro se* complaint alleging that they are entitled to a tax refund and seeking an injunction against the IRS from engaging in any further collection activities. Upon review of plaintiffs' complaint, it is apparent that plaintiffs reside in Las Vegas, Nevada, and therefore, venue is not proper in this district under 28 U.S.C. §§ 1402(a)(1) and 1346(a), which provide that a refund suit is proper *only* in the judicial district in which the plaintiff resides.[1/] Accordingly, it is this 28th day of December, 2005, hereby

**ORDERED** that plaintiffs are required to show cause on or before January 17, 2006, why venue is proper in this district. If plaintiffs fail to respond in a timely manner and/or to provide a valid basis for suit in this jurisdiction, the Court will dismiss this matter without prejudice so that plaintiffs can refile, if they so desire, in the jurisdiction of residence. There will be no continuances of this deadline.

---

[1/] Plaintiffs' request for an injunction is barred by the Anti-Injunction Act, 26 U.S.C. § 7421, and therefore, this Court has no jurisdiction to "restrain[] the assessment or collection of any tax." 26 U.S.C. § 7421(a).

**SO ORDERED**.

s/
ELLEN SEGAL HUVELLE
United States District Judge