UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH A. GAINES, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>            Defendant. | Civil Action No.  05-2326 (ESH) |

## ORDER

The Court is in receipt of plaintiffs' Response to Order to Show Cause and Request for Leave to Amend Complaint, wherein plaintiffs seek to amend their complaint to raise claims seeking tort damages.  The Court wishes the government to respond on or before January 26, 2006 to plaintiffs' motion, including the issue of whether venue is proper in this jurisdiction.

                                                                   s/
                                               ELLEN SEGAL HUVELLE
                                               United States District Judge

Date:  January 18, 2006